UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ROGER L. HARRIS,

                                      Plaintiff,

    **-v.-**

                                        Civil Action No.
                                        1:11-cv-949 (GLS/RFT)

CHRISTINE CLARK; VINCENT VERSACI;
GUIDO LOYOLA; and CARL G. FALOTICO,

                                      Defendants.
_____

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

ROGER L. HARRIS
Plaintiff, *Pro Se*
P.O. Box 4735
Schenectady, New York 12304


GARY L. SHARPE,
Chief Judge

## **ORDER**

    The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed October 4, 2011.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

    No objections having been filed, and the court having reviewed the

Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed October 4, 2011 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted; and it is further

ORDERED, that the Clerk of the Court is directed to serve a copy of this order upon the plaintiff by regular and certified mail.

IT IS SO ORDERED

Dated: January 27, 2012
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court